IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RICHARD M. COTT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-1259 |
| | ) | Judge Nora Barry Fischer |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| WALDRON, LP, | ) | Re: ECF No. 17 |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

AND NOW, this 6th day of June, 2016, after Plaintiff Richard M. Cott filed an action in the above-captioned case and Defendant Waldron, LP filed a filed a Counterclaim against Plaintiff, and after Plaintiff filed a Motion to Dismiss and Compel Arbitration of Counterclaim, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge in which it was recommended that the Motion to Dismiss and Compel Arbitration be granted, and upon consideration of the Objections filed by Defendant and the response to the Objections submitted by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss and Compel Arbitration of Counterclaim submitted by Plaintiff, ECF No. 17, is GRANTED.

By the Court:

/s/ Nora Barry Fischer
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF