OAO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN                    DISTRICT OF                    PENNSYLVANIA

RICHARD COTT

**JUDGMENT IN A CIVIL CASE**

V.

WALDRON, LP

Case Number:        CA 15-1259

X    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Defendant WALDRON, LP and against Plaintiff RICHARD COTT on all claims except on the claim for retaliation; Judgment is entered in favor of Plaintiff RICHARD COTT and against Defendant WALDRON, LP on the claim of retaliation.

Plaintiff awarded $1.00 in nominal damages.

APPROVED:

_____
United States District Judge

January 25, 2018
_____
Date

_____
Clerk

*DEPUTY CLERK*